2007 SEP 26  AM 11: 43

FILED

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. **07-01039** |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | [18 U.S.C. § 1341: Mail Fraud; 18 U.S.C. § 2: Aiding and Abetting and Causing An Act To Be Done] |
| HERSEL NEMAN, ) | |
| Defendant. ) | |

The United States Attorney charges:

[18 U.S.C. §§ 1341, 2]

A.   INTRODUCTION

1.   At all times relevant to this information, Hewlett Packard Company ("HP") offered rebates up to $2,500 per unit to end-user purchasers of certain qualifying HP laser printers.  In order to receive the HP rebates, end-user purchasers were required to complete rebate applications, which came in paper and electronic versions, and submit the completed rebate applications, along with proof of purchase, within the deadlines indicated in the applications.  The HP rebate applications and instructions included notice that the rebates were not available to resellers and dealers of HP products.  The HP rebate programs

SAC:sac

1  also limited the number of rebates available to any individual,

2  or corporate, purchaser of qualifying laser printers.  The HP

3  rebate programs were administered by marketing companies located

4  throughout the United States, including Minnesota and Georgia.

5       2.   Defendant HERSEL NEMAN ("defendant NEMAN") and/or

6  other co-schemers owned The Comp Ltd. LLC, dba LA Computer

7  Center ("LACC"), located in Inglewood, California, and the

8  Computer Superstore, Inc., dba Compu-America (hereinafter

9  "Compu-America"), located, at all relevant times, in Santa

10 Monica, California.  LACC and Compu-America were both in the

11 business of reselling electronics equipment, including laser

12 printers and monitors manufactured by HP.

13 B.   THE FRAUDULENT SCHEME

14      3.   Beginning on a date unknown and continuing to in or

15 about October 2002, in Los Angeles County, within the Central

16 District of California, and elsewhere, defendant NEMAN, together

17 with his co-schemers, knowingly and with the intent to defraud,

18 devised, attempted to devise and participated in a scheme to

19 defraud HP, as to a material matter, and to obtain money from HP

20 by means of materially false and fraudulent pretenses,

21 representations and promises.

22 C.   THE MANNER AND MEANS

23      4.   The fraudulent scheme was carried out by defendant

24 NEMAN and his co-schemers in the following manner:

25           a.   Defendant NEMAN's co-schemers would

26 obtain and complete rebate applications for HP laser printers

27 that were the subject of rebate offers.  In completing the

28 rebate applications, defendant NEMAN's co-schemers used the

2

1   names of businesses as the purported purchasers of the laser

2   printers reflected in the rebate applications.  Some of the

3   business names used by defendant NEMAN's co-schemers were real

4   businesses, and some were not.  The real business names used by

5   defendant NEMAN's co-schemers in the fraudulent rebate

6   applications were partnerships owned by defendant NEMAN and his

7   co-schemers, including Bellagio Investments, Long Beach Plaza

8   Apartments, Hudson Park Apartments, Global Trading, Warner

9   Investments and USA Investments.  The primary business of most

10  of these partnerships was real estate.

11          b.   Defendant NEMAN's co-schemers would create false

12  sales invoices from LACC and Compu-America, and two entities

13  identified as "Shoppers Network" and "The Computer Store,"

14  purporting to document the sale of laser printers and monitors

15  to the businesses identified in the fraudulent rebate

16  applications.

17          c.   For example, on or before December 5, 2001,

18  defendant NEMAN's co-schemers created, or caused the creation

19  of, an LACC invoice number 148950-IN, dated July 25, 2001, that

20  falsely reflected the sale of nineteen HP Laserjet printers,

21  model number 4100DTN, by LACC to "Hudson Park Apartments LLC"

22  for a total of $39,057.

23          d.   Defendant NEMAN's co-schemers would send the

24  false rebate applications and invoices via facsimile and/or

25  first class mail from Los Angeles County, within the Central

26  District of California, to marketing companies in Minnesota and

27  Georgia that administered the rebate programs for HP.

28          e.   In completing the fraudulent rebate applications,

3

1  defendant NEMAN's co-schemers did not use their own true names

2  as the representatives of the businesses in whose names the

3  fraudulent rebate applications were submitted to HP.  Instead,

4  in order to conceal their own true names and their ineligibility

5  for the rebates due to their ownership of LACC and Compu-

6  America, defendant NEMAN's co-schemers would use variations of

7  their true names or nicknames in the fraudulent rebate

8  applications, such as the surname "Newman."

9       f.  In completing the fraudulent rebate applications,

10  defendant NEMAN's co-schemers also would use the names,

11  nicknames, or variations thereof, of their family members and

12  associates, including that of defendant NEMAN.

13       g.  Defendant NEMAN's co-schemers would use their own

14  true addresses and telephone numbers, the true address and

15  telephone number of defendant NEMAN, the addresses and telephone

16  numbers of their family members, as well as the addresses of

17  mail box shops at which defendant NEMAN and his co-schemers

18  rented mail boxes, in the fraudulent rebate applications.

19       h.  For example, on or about September 8, 2001,

20  defendant Neman's co-schemers faxed, or caused to be faxed, a

21  completed HP Laserjet rebate claim form to HP "'Look Great Save

22  Greatly' Promotion Headquarters" in Plymouth, Minnesota.  The

23  rebate claim form was completed in the name of "Farnaz Yad,"

24  "Hudson Park Apartments," and requested a rebate for the

25  purported purchase of forty-seven HP Laserjet printers on July

26  25, 2001, as reflected in the false LACC invoice number 148950-

27  IN included with the rebate claim form.

28       i.  Defendant NEMAN's co-schemers would communicate

4

1  with representatives of the marketing companies that

2  administered the rebate programs for HP via telephone and email.

3  ~~Defendant NEMAN's co-schemers would falsely state to~~

4  representatives of the marketing companies that the laser

5  printer purchases reflected in the LACC and Compu-America sales

6  invoices included with the fraudulent rebate applications were

7  legitimate retail transactions with customers of LACC and Compu-

8  America.

9       j.   Defendant NEMAN learned of the fraudulent rebate

10 applications submitted by his co-schemers no later than on or

11 about January 2, 2002, and knowingly began to participate in the

12 fraudulent rebate scheme at that time.

13      k.   Defendant NEMAN and his co-schemers would

14 receive rebate checks from HP via United States Mail and deposit

15 the rebate checks into bank accounts they controlled.

16      l.   For example, on or before January 28, 2002,

17 defendant NEMAN received a check from HP, number 3488020, via

18 United States mail, at defendant's home in Beverly Hills,

19 California, and addressed to "Hudson Park Apartments Inc" "HP

20 Look Great Save Greatly" "c/o Farnaz Yad."  The check was

21 endorsed by defendant NEMAN and deposited into a bank account at

22 Bank of America in Los Angeles County, California, that was

23 owned and controlled by defendant NEMAN.

24 D.   USE OF THE MAIL

25      5.   On or about the date set forth below, in Los Angeles

26 County, within the Central District of California, and

27 elsewhere, defendant NEMAN, for the purpose of executing the

28 above-described scheme to defraud, placed and caused to be

1 placed in an authorized depository for mail matter, to be sent
2 and delivered by the United States Postal Service according to
3 the directions thereon, the following letter and other
4 materials:
5 on or about January 17, 2002, a check, number 3488020 in the
6 amount of $5,700, from Hewlett-Packard, Financial Services
7 Center, in Colorado Springs, Colorado, addressed to Hudson Park
8 Apartments Inc, HP Look Great Save Greatly, c/o Farnaz Yad, 507
9 N. Rexford Dr., Beverly Hills, CA 90210-3309.

GEORGE S. CARDONA
United States Attorney

THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Major Frauds Section

JILL FEENEY
Assistant United States Attorney
Acting Deputy Chief, Major Frauds
Section

6